# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 70 Huntington Street, New London, CT | ( 860 ) 443-5363 | APRIL 28, 2020 |

| Judicial District ☒ / Housing Session ☐ | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) New London | Case type code (See list on page 2) Major: T   Minor: 03 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) Heller, Heller, & McCoy; 736 Norwich New London Turnpike, CT 06382 | Juris number (to be entered by attorney only) 027155 |
|---|---|

| Telephone number (with area code) ( 860 ) 848-1248 | Signature of Plaintiff (If self-represented) |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) hhm-bill@sbcglobal.net |
|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Shepardson, Virginia  Address: 16 Ball Hill Road, Apt. A, Storrs (Mansfield), CT 06268-2080 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: CVS Pharmacy, Inc., One CVS Drive, Woonsocket, RI 02895  Address: C/O C T Corporation System, 67 Burnside Avenue, East Hartford, CT 06108-3408(Agent for Service) | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left William E. McCoy, Esq. | Date signed 03/19/2020 |
|---|---|---|---|

| If this Summons is signed by a Clerk: a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | For Court Use Only  File Date |
|---|---|

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Summary Process actions
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
|  | C 10 | Construction - State and Local |
|  | C 20 | Insurance Policy |
|  | C 30 | Specific Performance |
|  | C 40 | Collections |
|  | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
|  | E 10 | Redevelopment Condemnation |
|  | E 20 | Other State or Municipal Agencies |
|  | E 30 | Public Utilities & Gas Transmission Companies |
|  | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
|  | M 10 | Receivership |
|  | M 20 | Mandamus |
|  | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
|  | M 40 | Arbitration |
|  | M 50 | Declaratory Judgment |
|  | M 63 | Bar Discipline |
|  | M 66 | Department of Labor Unemployment Compensation Enforcement |
|  | M 68 | Bar Discipline - Inactive Status |
|  | M 70 | Municipal Ordinance and Regulation Enforcement |
|  | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
|  | M 83 | Small Claims Transfer to Regular Docket |
|  | M 84 | Foreign Protective Order |
|  | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
|  | H 12 | Housing - Rent and/or Damages |
|  | H 40 | Housing - Audita Querela/Injunction |
|  | H 50 | Housing - Administrative Appeal |
|  | H 60 | Housing - Municipal Enforcement |
|  | H 90 | Housing - All Other |
| Property | P 00 | Foreclosure |
|  | P 10 | Partition |
|  | P 20 | Quiet Title/Discharge of Mortgage or Lien |
|  | P 30 | Asset Forfeiture |
|  | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
|  | T 03 | Defective Premises - Private - Other |
|  | T 11 | Defective Premises - Public - Snow or Ice |
|  | T 12 | Defective Premises - Public - Other |
|  | T 20 | Products Liability - Other than Vehicular |
|  | T 28 | Malpractice - Medical |
|  | T 29 | Malpractice - Legal |
|  | T 30 | Malpractice - All other |
|  | T 40 | Assault and Battery |
|  | T 50 | Defamation |
|  | T 61 | Animals - Dog |
|  | T 69 | Animals - Other |
|  | T 70 | False Arrest |
|  | T 71 | Fire Damage |
|  | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
|  | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
|  | V 05 | Motor Vehicles* - Property Damage only |
|  | V 06 | Motor Vehicle* - Products Liability Including Warranty |
|  | V 09 | Motor Vehicle* - All other |
|  | V 10 | Boats |
|  | V 20 | Airplanes |
|  | V 30 | Railroads |
|  | V 40 | Snowmobiles |
|  | V 90 | All other |
|  |  | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
|  | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE: APRIL 28, 2020 | : | SUPERIOR COURT |
| VIRGINIA SHEPARDSON | : | J.D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| CVS PHARMACY, INC. | : | MARCH 19, 2020 |

## COMPLAINT

1. On April 15, 2019 the Plaintiff, Virginia Shepardson, was a customer and business invitee entering the CVS Pharmacy located at the intersections of Route 195 and Route 44 in Mansfield, Connecticut.

2. On April 15, 2019 the Defendant CVS Pharmacy, Inc. was the owner of the real estate and business for which the CVS Pharmacy in Mansfield, Connecticut was being operated.

3. The aforementioned real estate was at all time relevant to this Complaint in the control and possession of the Defendant, CVS Pharmacy, Inc.

4. On April 15, 2019, the Plaintiff was entering the Defendants store and the automatically controlled door shut on the Plaintiff causing her to fall to the ground.

5. As a result of the door striking the Plaintiff and her fall to the ground the Plaintiff suffered personal injuries to wit a fracture of her right leg, a fracture of the right hip, and significant damage to her right shoulder together with contusions and abrasions which injuries are permanently disabling.

LAW OFFICES OF
HELLER, HELLER & MCCOY
736 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CONNECTICUT 06382
PHONE: (860) 848-1248
FACSIMILE: (860) 848-4003
FIRM JURIS NO.: 027155

I:\work\Shepardson, Virginia (v. CVS)\COMPLAINT.03.19.2020.doc       - 1 -

6. As a result of said injuries the Plaintiff, Virginia Shepardson suffered pain and discomfort and will in the future suffer pain and discomfort which has and will interfere with her full enjoyment of her life's activities.

7. As a result of the aforementioned injuries the Plaintiff, Virginia Shepardson, has required medical treatment including convalescent care which removed her from her home and will in the future require medical treatment.

8. The personal injuries suffered by the Plaintiff, Virginia Shepardson were caused by the Defendant, CVS Pharmacy, Inc.'s negligence in one or more of the following ways:

    a. The Defendant failed to maintain or adjust the self-opening/closing door to prevent it from striking and injuring patrons even though it knew or should have known about the door's faulty operation.

    b. It failed to adjust the door to prevent the door from knocking patrons to the ground although it knew or should have known of its faulty operation.

    c. It failed to provide signage warning patrons of the door's tendency to close on patrons.

LAW OFFICES OF
HELLER, HELLER & MCCOY
736 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CONNECTICUT 06382
PHONE: (860) 848-1248
FACSIMILE: (860) 848-4003
FIRM JURIS NO.: 027155

I:\work\Shepardson, Virginia (v. CVS)\COMPLAINT.03.19.2020.doc     - 2 -

**WHEREFORE, the Plaintiff claims:**

1. Compensatory money damages;
2. Costs;

Dated at Montville, Connecticut this 19th day of November, 2020.

THE PLAINTIFF,
VIRGINIA SHEPARDSON

By_____
William E. McCoy
Heller, Heller & McCoy
Her Attorney

LAW OFFICES OF
HELLER, HELLER & MCCOY
736 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CONNECTICUT 06382
PHONE: (860) 848-1248
FACSIMILE: (860) 848-4003
FIRM JURIS NO.: 027155

I:\work\Shepardson, Virginia (v. CVS)\COMPLAINT.03.19.2020.doc    - 3 -

| | | |
|---|---|---|
| RETURN DATE: APRIL 28, 2020 | : | SUPERIOR COURT |
| VIRGINIA SHEPARDSON | : | J.D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| CVS PHARMACY, INC. | : | MARCH 19, 2020 |

## AD DAMNUM

The amount in controversy exceeds Fifteen Thousand ($15,000.00) Dollars.

THE PLAINTIFF,
GERALDINE BARRETT,

By_____
William E. McCoy
Heller, Heller & McCoy
Her Attorney

LAW OFFICES OF
HELLER, HELLER & MCCOY
736 NORWICH-NEW LONDON TURNPIKE
UNCASVILLE, CONNECTICUT 06382
PHONE: (860) 848-1248
FACSIMILE: (860) 848-4003
FIRM JURIS NO.: 027155

I:\work\Shepardson, Virginia (v. CVS)\COMPLAINT.03.19.2020.doc    - 4 -

STATE OF CONNECTICUT:
                           : SS. WEST HARTFORD        March 27, 2020
COUNTY OF HARTFORD :

THEN and by virtue hereof and by direction of the Plaintiff's Attorney, I made due and legal service of the within original Writ, Summons, Complaint, and Ad Damnum, by leaving a verified true and attested copy with and in the hands of Gary Scappini, Manager for C T Corporation System, whom is duly authorized Agent to accept service on behalf of the within named Defendant:

**CVS PHARMACY, INC.**

At 67 Burnside Avenue, East Hartford

THE WITHIN IS THE ORIGINAL WRIT, SUMMONS, COMPLAINT, AND AD DAMNUM, WITH MY DOINGS HEREON ENDORSED.

FEES:

| | | |
|---|---|---|
| SERVICE | 40.00 | |
| TRAVEL | 11.80 | |
| ENDORSEMENTS | 1.20 | |
| PAGES | 6.00 | |
| TOTAL | $ 59.00 | |

ATTEST:

ROBERT W. ARSENAULT
STATE MARSHAL
HARTFORD COUNTY